UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF THE OPERATIVE PLASTERERS'
and CEMENT MASONS' INTERNATIONAL
ASSOCIATION LOCAL 262 f/k/a 530 WELFARE
FUND, ANNUITY FUND, PENSION FUND
and APPRENTICESHIP TRAINING FUNDS and
OPERATIVE PLASTERERS' and CEMENT
MASONS' INTERNATIONAL ASSOCIATION
LOCAL 262 f/k/a 530

                      Plaintiffs,

     -against-

HUXLEY CONSTRUCTION CORP. and
R.F.A. CONSTRUCTION GROUP CORP.

                      Defendants.
--------------------------------------------------------------x

Docket No.:

Filed:

**Rule 7.1 Statement**
08-CV-5659
(Judge Berman)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Huxley Construction Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None

**Date**: June 4, 2008                            S/Danielle M. Carney
                                              **Signature of Attorney**

                                              **Attorney Bar Code**: DMC 7471

Case 1:08-cv-05659-RMB     Document 2     Filed 06/23/2008     Page 2 of 2