**AFFIDAVIT OF SERVICE**

Index #: 08 CV 5659
Date Purchased: **June 23, 2008**
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd   PH: 516-483-2990
ADDRESS: 3 SURREY LANE HEMPSTEAD NY 11550   File No.: _____

*Operative Plasterers and Cement Masons' International Association Local 262 f/k/a 530, et ano.,*
            Plaintiff(s)/Petitioner(s)
                                         vs.
*Huxley Construction Corp. and R.F.A. Construction Group Corp.,*
            Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

_____STEEVE F. LOUIS_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____July 5, 2008_____ at _____1:07 PM_____ at _____148-78 Huxley Street Rosedale, NY 11422_____, deponent served the within **Summons, Rule 7.1 Statement, Fed. R. CIV 7.1 and Complaint**

with Index Number _____08 CV 5659_____, and Date Purchased _____June 23, 2008_____ endorsed thereon,
on: **Huxley Construction Corp.**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]   By delivering to and leaving with _____JEFFERY OAUDIN - OWNER_____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ]   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]   On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _Male_   Color of skin _Brown_   Color of hair _Bald_   Age _36 - 50 Yrs._   Height _5' 4" - 5' 8"_
Weight _161 - 200 Lbs._   Other Features: _____

**#8 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [ ]   Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER**

Sworn to before me on this _8_ day of _July, 2008_

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEEVE F. LOUIS
Server's Lic # 0868691
Invoice•Work Order # 0828822

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382