# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

Index #: 08 CV 5659
Date Purchased: June 23, 2008
Date Filed: ___
Court Date: ___

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd   PH: 516-483-2990
ADDRESS: 3 SURREY LANE HEMPSTEAD NY 11550   File No.:

*Operative Plasterers and Cement Masons' International Association Local 262 f/k/a 530, et ano.,*
vs.
*Huxley Construction Corp. and R.F.A. Construction Group Corp.,*

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

STEEVE F. LOUIS, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On July 5, 2008 at 1:07 PM at 148-78 Huxley Street Rosedale, NY 11422, deponent served the within **Summons, Rule 7.1 Statement, Fed. R. CIV 7.1 and Complaint**

with Index Number 08 CV 5659, and Date Purchased June 23, 2008 endorsed thereon,
on: **R.F.A. Construction Group Corp.**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering to and leaving with JEFFERY OAUDIN - OWNER and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to ___ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ] On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. ___

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ___

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Male   Color of skin Brown   Color of hair Bald   Age 36 - 50 Yrs.   Height 5' 4" - 5' 8"   Weight 161 - 200 Lbs.   Other Features: ___

**#8 WIT FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this 8 day of July, 2008

BARBARA A. SHUGGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEEVE F. LOUIS
Server's Lic # 0868691
Invoice•Work Order # 0828823

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382