UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| TRUSTEES OF THE OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a 530 WELFARE FUND, ANNUITY FUND, PENSION FUND and APPRENTICESHIP TRAINING FUNDS and OPERATIVE PLASTERERS' and CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL 262 f/k/a 530 | Docket No. 08CV-5659<br><br>Date Filed: August 8, 2008<br><br>**Fed. R. CIV 7.1** |

                            Plaintiffs,

    -against-

HUXLEY CONSTRUCTION CORP. and
R.F.A. CONSTRUCTION GROUP CORP.

                      Defendants.
-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                            None.

August 8, 2008

                                            _____
                                            Thomas J. Bianco (TB 2019)

441071-1