UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OPERATIVE PLASTERERS and CEMENT MASONS'
INTERNATIONAL ASSOCIATION LOCAL 262 f/n/a 530
and THE TRUSTEES OF THE OPERATIVE PLASTERERS
and CEMENT MASONS' INTERNATIONAL
ASSOCIATIONLOCAL 262 f/n/a 530 ANNUITY FUND,
WELFARE FUND, APPRENTICESHIP TRAINING
FUNDS and PENSION FUND f/n/a LOCAL 60 PENSION
FUND,

                 **ANSWER**
        Plaintiffs,

                 08 CV 5659
                 (Berman, J.)

    -against-

HUXLEY CONSTRUCTION CORP. and
R.F.A.CONSTRUCTION GROUP CORP.

        Defendants.
------------------------------------------------------------------X

   Defendants HUXLEY CONSTRUCTION CORP. ("Huxley") and R.F.A.CONSTRUCTION GROUP CORP, ("RFA") (collectively "Defendants") by and through their attorneys MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP., answering the Complaint of the Plaintiffs allege the following;

1. Defendants neither admit nor deny the allegations of Paragraph 1 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

2. Defendants neither admit nor deny the allegations of Paragraph 2 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

3. Defendants neither admit nor deny the allegations of Paragraph 3 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

4. Defendants neither admit nor deny the allegations of Paragraph 4 of the Complaint as they are not allegations of fact, but rather constitute a prayer for relief.

5.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint.

6.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint.

7.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint.

8.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint.

9.   Defendants neither admit nor deny the allegations of Paragraph 9 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

10.   Defendants neither admit nor deny the allegations of Paragraph 10 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

11.   Defendant Huxley admits the allegations in Paragraph 11 of the Complaint.

12   Defendant R.F.A. denies the allegations Paragraph 12 of the Complaint.

## AS TO THE FIRST CLAIM FOR RELIEF

13.   Defendant Huxley denies the allegations of Paragraph 13 of the Complaint, except admits it executed a CBA with the Union the terms of which may be in dispute.

14.   Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 of the Complaint.

15.   Defendant Huxley denies the allegations of Paragraph 15 of the Complaint.

16.   Defendant Huxley denies the allegations of Paragraph 16 of the Complaint.

17.   Defendant Huxley denies the allegations of Paragraph 17 of the Complaint.

18.   Defendant Huxley denies the allegations of Paragraph 18 of the Complaint.

441073-1

19. Defendant Huxley denies the allegations of Paragraph 19 of the Complaint.

20. Defendant Huxley denies the allegations of Paragraph 20 of the Complaint.

## AS TO THE SECOND CLAIM FOR RELIEF

21. Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "20" of this Answer as if more fully set forth at length herein.

22. Defendant Huxley denies the allegations of Paragraph 22 of the Complaint, except admits it executed a CBA with the Union the terms of which may be in dispute. Defendant R.F.A. denies knowledge or information sufficient to form a belief as the truth of Paragraph 22 of the Complaint.

23. Defendants deny the allegations of Paragraph 23 of the Complaint.

24. Defendants deny the allegations of Paragraph 24 of the Complaint.

25. Defendants deny the allegations of Paragraph 25 of the Complaint.

26. Defendants deny the allegations of Paragraph 26 of the Complaint.

27. Defendants deny the allegations of Paragraph 27 of the Complaint.

28. Defendants deny the allegations of Paragraph 28 of the Complaint.

29. Defendants deny the allegations of Paragraph 29 of the Complaint.

30. Defendants deny the allegations of Paragraph 30 of the Complaint.

31. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 of the Complaint.

32. Defendants deny the allegations of Paragraph 32 of the Complaint.

33. Defendants deny the allegations of Paragraph 33 of the Complaint.

441073-1

## AS TO THE THIRD CLAIM FOR RELIEF

34. Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "33" of this Answer as if more fully set forth at length herein.

35. Defendants deny the allegations of Paragraph 35 of the Complaint.

36. Defendants neither admit nor deny the allegations of Paragraph 36 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

37. Defendant Huxley denies the allegations of Paragraph 37 of the Complaint, except admits it executed a CBA with the Union the terms of which may be in dispute.

38. Defendant R.F.A. denies knowledge or information sufficient to form a belief as the truth of Paragraph 37 of the Complaint.

39. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 of the Complaint.

40. Defendants deny the allegations of Paragraph 39 of the Complaint.

41. Defendants deny the allegations of Paragraph 40 of the Complaint.

42. Defendants deny the allegations of Paragraph 41 of the Complaint.

43. Defendants deny the allegations of Paragraph 42 of the Complaint.

44. Defendants deny the allegations of Paragraph 43 of the Complaint.

45. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44 of the Complaint.

46. Defendants deny the allegations of Paragraph 45 of the Complaint.

## AS TO THE FOURTH CLAIM FOR RELIEF

47. Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "45" of this Answer as if more fully set forth at length herein.

48. Defendants deny the allegations of Paragraph 47 of the Complaint.

49. Defendants neither admit nor deny the allegations of Paragraph 48 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

50. Defendant Huxley denies the allegations of Paragraph 49 of the Complaint, except admits it executed a CBA with the Union the terms of which may be in dispute. Defendant R.F.A. denies knowledge or information sufficient to form a belief as the truth of Paragraph 49 of the Complaint.

51. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50 of the Complaint.

52. Defendants deny the allegations of Paragraph 51 of the Complaint.

53. Defendants deny the allegations of Paragraph 52 of the Complaint.

54. Defendants deny the allegations of Paragraph 53 of the Complaint.

55. Defendants deny the allegations of Paragraph 54 of the Complaint.

56. Defendants deny the allegations of Paragraph 55 of the Complaint.

57. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56 of the Complaint.

58. Defendants deny the allegations of Paragraph 57 of the Complaint.

## AS TO THE FIFTH CLAIM FOR RELIEF

59.     Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "57" of this Answer as if more fully set forth at length herein.

60.     Defendants neither admit nor deny the allegations of Paragraph 59 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

61.     Defendants deny the allegations of Paragraph 60 of the Complaint.

62.     Defendants deny the allegations of Paragraph 61 of the Complaint.

63.     Defendants deny the allegations of Paragraph 62 of the Complaint.

64.     Defendants deny the allegations of Paragraph 63 of the Complaint.

65.     Defendants neither admit nor deny the allegations of Paragraph 64 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

66.     Defendants deny the allegations of Paragraph 65 of the Complaint.

67.     Defendants deny the allegations of Paragraph 66 of the Complaint.

68.     Defendants deny the allegations of Paragraph 67 of the Complaint.

69.     Defendants deny the allegations of Paragraph 68 of the Complaint.

70.     Defendants deny the allegations of Paragraph 69 of the Complaint.

71.     Defendants deny the allegations of Paragraph 70 of the Complaint.

72.     Defendants deny the allegations of Paragraph 71 of the Complaint.

73.     Defendants deny the allegations of Paragraph 72 of the Complaint.

74.     Defendants deny the allegations of Paragraph 73 of the Complaint.

## AS TO THE SIXTH CLAIM FOR RELIEF

75.   Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "20" of this Answer as if more fully set forth at length herein.

## AS TO THE SEVENTH CLAIM FOR RELIEF

76.   Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "20" of this Answer as if more fully set forth at length herein.

## AS TO THE EIGHTH CLAIM FOR RELIEF

77.   Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "20" of this Answer as if more fully set forth at length herein.

## AS TO THE SIXTH CLAIM FOR RELIEF

78.   Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "73" of this Answer as if more fully set forth at length herein.

79.   Defendants neither admit nor deny the allegations of Paragraph 75 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

80.   Defendants neither admit nor deny the allegations of Paragraph 76 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

81.   Defendants neither admit nor deny the allegations of Paragraph 77 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

82.   Defendants neither admit nor deny the allegations of Paragraph 78 of the Complaint, as they are not allegations of fact, but rather constitute a legal conclusion.

441073-1

83. Defendants deny the allegations of Paragraph 79 of the Complaint.

84. Defendants deny the allegations of Paragraph 80 of the Complaint.

85. Defendants deny the allegations of Paragraph 81 of the Complaint.

86. Defendants deny the allegations of Paragraph 82 of the Complaint.

87. Defendants deny the allegations of Paragraph 83 of the Complaint.

## AS TO THE SEVENTH CLAIM FOR RELIEF

88. Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "83" of this Answer as if more fully set forth at length herein.

89. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85 of the Complaint.

90. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 86 of the Complaint.

91. Defendants deny the allegations of Paragraph 87 of the Complaint.

92. Defendants neither admit nor deny the allegations of Paragraph 88 of the Complaint as they are not allegations of fact, but rather constitute a prayer for relief.

93. Defendants deny the allegations of Paragraph 89 of the Complaint

94. Defendants deny the allegations of Paragraph 90 of the Complaint

95. Defendants deny the allegations of Paragraph 91 of the Complaint

## AS TO THE EIGHTH CLAIM FOR RELIEF

96. Defendants repeat and reallege each and every response set forth in Paragraphs "1" through "91" of this Answer as if more fully set forth at length herein.

97. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93 of the Complaint.

98. Defendants deny the allegations of Paragraph 94 of the Complaint.

99. Defendants deny the allegations of Paragraph 95 of the Complaint.

100. Defendants deny the allegations of Paragraph 96 of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

101. Payment.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

102. Estoppel.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

103. Some or all of the claims alleged in the Complaint fail to set forth a claim for which relief may be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

104. Waiver.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

105. Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

441073-1

WHEREFORE, it is respectfully requested that the Complaint of the Plaintiffs be dismissed in its entirety, and that these Defendants be awarded such other and further relief as this Court deems just and proper.

Dated: Mineola, N.Y.
      August 8, 2008

                                 Meltzer, Lippe, Goldstein & Breitstone, LLP

                        By: _____
                                 Thomas J. Bianco (TB-2019)
                                 Attorneys for Defendants
                                 190 Willis Avenue
                                 Mineola, N.Y. 11501
                                 (516) 747-0300

441073-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OPERATIVE PLASTERERS and CEMENT MASONS'
INTERNATIONAL ASSOCIATION LOCAL 262 f/n/a 530
and THE TRUSTEES OF THE OPERATIVE PLASTERERS
and CEMENT MASONS' INTERNATIONAL
ASSOCIATIONLOCAL 262 f/n/a 530 ANNUITY FUND,
WELFARE FUND, APPRENTICESHIP TRAINING
FUNDS and PENSION FUND f/n/a LOCAL 60 PENSION
FUND,

                                                        **AFFIDAVIT OF SERVICE**

                        Plaintiffs,

                                                       08 CV 5659
                                                        (Berman, J.)

            -against-


HUXLEY CONSTRUCTION CORP. and
R.F.A.CONSTRUCTION GROUP CORP.


                        Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK )
                        : ss
COUNTY OF NASSAU )

      Christina Nappo, being duly sworn, deposes and says: that I am not a party to this action, I am over the age of eighteen (18) and reside in the County of Nassau:

      That on the 8th day of August, 2008, I served a true copy of the attached **ANSWER** via federal express, overnight mail **and** first class postage-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon the following individual(s) set forth belowto the last known address of:

                                  Danielle M. Carney, Esq.
                                  Barnes, Iaccarino, Virginia, Ambinder
                                  & Sheperd, PLLC
                                  3 Surrey Lane
                                  Hempstead, N.Y. 11550

                                                         _____
                                                         Christina Nappo

Sworn to before me this
8th day of August, 2008

_____
      Notary Public
     THOMAS J. BIANCO
Notary Public, State of New York
       No. 4894771
441075-1 Qualified in Queens County
Commission Expires April 20, 2012