UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
*Operative Plasterers et al*
                Plaintiff(s),

        - v -

*Hurley Construction*
                Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 5659 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by  *1/5/09*

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions  *1/7/09 @ 12:45 P.M. with principals*

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
                       9/3/08



Hon. Richard M. Berman, U.S.D.J.